Nicole L. Hazlett (SBN 310052)
nhazlett@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA 90266
Tel: (323) 988-2400
Fax: (866) 861-1390

Attorney for Plaintiff, MATTHEW ROTH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ROTH, <br><br> Plaintiff, <br><br> v. <br><br> CHASE BANK USA N.A., <br><br> Defendant. | Case No.: 2:17-CV-02795-DSF-JC <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, MATTHEW ROTH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: October 27, 2017        KROHN & MOSS, LTD.

                 By:    /s/ Nicole L. Hazlett
                        Nicole L. Hazlett
                        Attorney for Plaintiff,
                        MATTHEW ROTH

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on October 27, 2017 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Nicole L. Hazlett
Nicole L. Hazlett